UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAYLAH M. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No. 1:25-cv-00338-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 20 |

Plaintiff Mikaylah M. Hernandez initiated this action with the filing of a complaint in state court against defendant Mercedes-Benz USA, LLC. Doc. 1. The action was subsequently removed to this Court on March 20, 2025.

On November 3, 2025, the parties filed a jointly executed notice of settlement. Doc. 14. Thereafter, the assigned magistrate judge found good cause to extend the 21-day deadline for filing dispositional documents and, accordingly, directed the parties to file dispositional documents no later than February 2, 2026. Doc. 16. All other case management dates, conferences, and filing requirements were vacated. *Id.*

On February 3, 2026, the magistrate judge denied the parties' request for an extension of time to file dispositional documents, based on their failure to show good cause, and ordered the parties to file dispositional documents no later than February 4, 2026. Doc. 19. After the parties failed to timely file dispositional documents or otherwise respond to the court's February 3, 2026

1

order, the magistrate judge issued findings and recommendations to dismiss the action without prejudice for plaintiff's failure to prosecute the action and failure to comply with the court's order and the Local Rules. Doc. 20. The findings and recommendations were served on the parties and provided that any objections were due within seven (7) days. *Id.* at 4. No objections have been filed, and the time to do so has now passed.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis. Accordingly:

1. The findings and recommendations issued on February 5, 2026 (Doc. 20) are adopted in full.

2. This action is dismissed without prejudice for plaintiff's failure to prosecute this action and failure to comply with the court's order and the Local Rules.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 18, 2026

_____
UNITED STATES DISTRICT JUDGE

2